JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>        Plaintiff,<br><br>    vs.<br><br>REZA MARTIN, INC.; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: CV 22-7935-GW-AGRx**<br><br>**DEFAULT JUDGMENT**<br><br>Date: May 15, 2023<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Honorable Judge George H. Wu |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff OMAR LUNA shall have JUDGMENT in Plaintiff's favor in the amount of $2,967.00 in attorney's fees and costs against Defendant REZA MARTIN, INC.

//
//
//
//
//

1

Additionally, Defendant REZA MARTIN, INC. is ordered to provide an accessible parking space at the property located at or about 8236 Foothill Blvd., Sunland-Tujunga, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: May 15, 2023

_____

HON. GEORGE H. WU,
United States District Judge

2